IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:16cv311 |
| 4 SEASONS HOME HEATING AND AIR CONDITIONING, INC., Defendant. | ) ) ) | |

## JUDGMENT ORDER

Upon consideration of the August 18, 2016 Report and Recommendation of the United States Magistrate Judge, no objections having been filed, and upon an independent *de novo* review of the record,

It is hereby **ORDERED** that the Court **ADOPTS** as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the August 18, 2016 Report and Recommendation.

Accordingly, it is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant in the total amount of $18,878.08.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
September 6, 2016

T. S. Ellis, III
United States District Judge